UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

JUL 0 9 2019

Per_____
DEPUTY CLERK

BRYANT WILSON,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendants.

----------------------------------

No. _____

COMPLAINT

28 U.S.C. §1346, et seq.

## JURISDICTION

1. This court has jurisdiction over the claim asserted against the defendant, UNITED STATES OF AMERICA, on the ground that the claim is asserted pursuant to the Federal Tort Claims Act ("FTCA") and this court has subject matter jurisdiction over such claims pursuant to 28 U.S.C. §1346(b).

2. This court has supplemental jurisdiction over all other claims asserted in this action under 28 U.S.C. §1367(a) because they are so related to the claims asserted against the defendant UNITED STATES OF AMERICA that they form a part of the same case or controversy under Article III of the United States Constitution and state laws and ordinances.

## COUNT 1

3. On November 21, 2017, while confined at United States Penitentiary-Victorville, located in Adelanto, California, I was physically assaulted by another inmate in the housing unit.

Prior to staff officers responding to the incident, officers locked all inmates in the unit in their assigned cells in order to conduct a "body search" of inmates. While locked in my cell (Unit 6B, cell #208), I packed and secured all my property in my locker and locked it securely. Approxiamently twenty minutes later I was escorted to Special Housing Unit ("SHU"), and my cell was locked by the unit officers.

4. Previous to the forementioned matter, sometime in July 2017, when I was placed in SHU for an unrelated incident, upon being discharged from SHU I got into a verbal confrontation with Correctional Officer **Moreno**, the SHU property officer, because I refused to sign my property form without first being allowed to fully review what was being given to me. **Moreno** at that time became agitated and verball abusive towards me and threatened me by stating that if I ever came back to SHU, he would make certain some of my property went missing.

5. On January 18, 2018, the defendant, SHU property officer Cardeno brought my personal property to me in SHU, after I was confined. At that time, I advised Cardeno that I was missing various items of property that had not been packed. Per the Inmate Personal Property Record form, I advised as of specific items. At the same time, officer Moreno was working in the SHU, as a property officer, under

2

the express authority and employment of the Defendant, UNITED STATES OF AMERICA, with the express consent and permission of the UNITED STATES OF AMERICA.

6. At this time and place, the defendants known to plaintiff, both Moreno and Cardeno, negligently, and in violation of the laws and ordinances of the State of California, operated SHU in such a manner that they lost my personal property. Further, unnamed defendants who were employed by THE UNITED STATES OF AMERICA defendants and who worked general population in Unit 6B, negligently failed to secure my property and-or pack said property in accordance with BOP policy.*

7. As a result, plaintiff, BRYANT WILSON, an inmate confined in SHU operated by defendant(s), UNITED STATES OF AMERICA, et al., sustained a loss of property, some of which are unrecoverable and of sentimental value, in the sum of $6,434.55.

8. AT the time and place above mentioned, officers Moreno and Cardeno, as well as other unknown individuals operating Unit 6B, were regularly in the service and the employment of the Federal Bureau of Prisons ("BOP"), Dept.

---

* Plaintiff will move for discovery in this action in an effort to identify officials working in Unit 6B on the date in question.

3

of Justice, of the defendant, UNITED STATES OF AMERICA, and was acting within the scope of their office(s) or employment.

9. On September 13, 2018, plaintiff filed a complaint under 31 U.S.C. §3723, Smal Claims for Property Damage or Loss (form BP-A0943), with the BOP's Western Regional Offices of the defendant, UNITED STATES OF AMERICA. The claim was denied as a matter of law because the regional department office failed to finally dispose of the claim within six months after its submission. See 28 U.S.C.§§ 2675(a), (b). This suit was duly commenced within six months of the denial of the claim.

## COUNT II

10. Plaintiff, BRYANT WILSON, repeats and realleges each and all of the allegations contained in paragraphs 1 through 9 of this complaint with the same effect as if fully repeated herein.

11. As a result, this plaintiff, BRYANT WILSON, was unduly deprived of his personal property and suffered a loss of said property as a result of negligence on the part of BOP staff in Unit 6B and SHU at USP-Victorville.

## PRAYER ON RELIEF

Plaintiff demands judgment as follows:

A. An award to plaintiff, BRYANT WILSON, in the sum amount no less than $6,434.55 as compensation for loss of personal property. (See attachment of loss property forms).

B. An award to plaintiff of this costs of suit.

Dated: June 25, 2019.

By: _Bryant Wilson_ (signature)
    Bryant Wilson (typed name)
    USP-Canaan, PO Box 300 (address)
    Waymart, PA 18472.

5

**ATTACHMENTS**

BP-A0943  Small Claims for Property Damage or Loss (31 U.S.C. § 3723) CDFRM
MAY 09
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| 1. Location where the property loss or damage occurred: <br><br> USP Victorville <br> Adelanto, CA. 92301 | 2. Name, address of claimant (Register number, street, city, state, and zip code): <br><br> Bryant Wilson #55118-079 <br> USP Lewisburg <br> PO Box 1000 <br> Lewisburg, PA. 17837 |
|---|---|
| 3. Date and Day of Incident: <br> Nov. 21, 2017 | 4. Time: (A.M. or P.M.): <br> 7:35 AM |

5. Basis of Claim (State in detail the known facts and circumstances of the damage to, or loss, of privately owned property, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages, if necessary.):

On Nov. 21, 2017, I was involved in a assault in my housing unit. The officers working my unit that morning locked everyone that was in the unit, in their cells, so that they could do a hand + body check. My cellmate Alphonso Dixon was at work in foodservice from breakfast to 1:15 PM. While locked in my cell #208 in Unit LB waiting for the officers to escort me to the Special Housing Unit, I packed + secured all of my property

6. Witnesses (Please provide the name and address (number, street, city, state, and zip code of each witness)):

7. Amount of Claim for Damage to, or loss of, privately owned property (in dollars) (Sum Certain Amount - Total Amount Of Claim):

$6,434.55

8. MAIL OR DELIVER CLAIM TO THE REGIONAL OFFICE WHERE THE CLAIM OCCURRED

I CERTIFY THAT THE AMOUNT OF THE CLAIM COVERS ONLY DAMAGE TO, OR LOSS OF PRIVATELY OWNED PROPERTY CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 9. Signature of Claimant or Authorized Representative <br><br> Bryant Wilson #55118-079 | 10. Date <br><br> September ~~August~~ 13, 2018 |
|---|---|

PDF                                    Prescribed by P5 1320

Bryant Wilson #55118-079 (Additional Pages)   ②

## Small Claims for Property Damage or Loss
### (31 U.S.C. § 3723)

inside of my locker & locked it with my combination lock. Twenty minutes later, i was taken to the SHU, and my door was locked by the officers, until they could come back and pack my things up. Your reviewing of the video of 11/21/17 at 7:35 am, will show this, along with myself being escorted out of the housing unit with a pair of white & black Nikes & a white G-Shock watch. The reason that I'm mentioning the shoes specifically, is because they are not apart of the 3 missing tennis shoes in my claim, that are listed on my enclosed property form. USP Victorville has a history (Infamous) of throwing away or giving away an inmates property if he goes to the hole. Back in July of 2017, while getting out of the SHU, i got into a confrontation with property officer Moreno, because i didn't want to sign my property forms, without being allowed to fully review all of my property first!! I was told by property officer (SHU) Moreno that he has 100's of blank property forms that he can make say whatever he wants them to say. He also stated; "that i had a lot of property, and that the next time that i came to the SHU, he

Bryant Wilson #55118-074 (Additional Pages) ③

## Small Claims for Property Damage or Loss
### (31 U.S.C. §3723)

was gona make sure that i lost some of my things. Here is the list of things that are missing...

* 1 MP-3 Player - $88.40
* 1 Alarm Clock - $9.35
* 1 Water Bottle - $4.95
* 1 Bowl - $3.95
* 1 Wave Cap - $4.40
* 1 Mirror - $1.95
* 1 Razor - $7.65
* 1 Tennis Shoes - $55.95 (New Balance)
* 1 Tennis Shoes - $64.95 (Nikes)
* 1 Tennis Shoes - $64.95 (Nikes)
* All of my comissary, hygein, batteries etc - $93.00
* Other comissary, bandana, prayer oil etc - $35.05
* 600 Personal Photos - of deceased grandparents & father, along with childhood moments when we stayed in Alaska, Germany & Arizona. A collection of almost 30 yrs of family & friends, some who are now dead!! $6,000 (At $10 a photo)

*Grand Total* of Claim $6,434.55

Enclosed are all of my comissary receipts & property forms. Please note, that i placed all of my electronics inside of my bowl including my

Bryant Wilson #55118-079 Additional Pages ④

## Small Claims for Property Damage or Loss
## (31 U.S.C. § 3723)

Radio, (which I don't have a receipt for) MP-3, clock, razor + prayer oil, while packing my property, and placed it inside of my locker. Where Shu property officer Moreno, or 6B unit officers who initially packed my property messed up at with stealing my property is, that they listed on my property form that I had a bowl, and 3 pairs of tennis shoes, but when you call down here to R+D at USP Lewisburg, their gona verify that they are not in my property. (Don't count the one pair of sneakers that are in my property, because they are the ones that I wore to the Shu, as I had informed you earlier in this claim. I have no way of replacing the 600 photos, along with the visual memories of my deceased family, photos of my daughter at the hospital when she was first born etc... To further verify my claim of how USP Victorville deliberately gives away + throws away inmates property when they go to the Shu, do a survey of a random 50 inmates, and I guarantee that they'll all say the same. I hope + pray that you fairly correct this situation in a timely fashion.

Respectfully
Bryant Wilson 55118-079

BP-A0383
AUG 11

INMATE PERSONAL PROPERTY RECORD   CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISON

Institution: VIX - VIP  1. Name: Wilson Bryant
2. Register No: 55118-079  3. Unit: OB  4. Date & Time of Inventory: 11/21/17  1200p

5. Purpose of Inventory (Check one that applies): Date and Time of Action:
   a. __ Admission   b. __ Hospital   c. __ Writ   d. __ Transfer   e. X Detention
   f. __ Release   g. __ Incoming Package   h. __ Other (specify)

6. Disposition (Disp.):
   D-Donated   M-Mail   S-Storage
   K-Keep in Possession
   C-Contraband (Attach BP-S103)

7. Type of Property:

**a. Personally Owned Items**
| # | Article | Disp. |
|---|---|---|
| | Address Book | |
| | Batteries | |
| | Belt | |
| | Billfold | |
| | Books, Reading hard __ soft __ | |
| | Books, Religious hard __ soft __ | |
| | Boot | |
| | Brassiere | |
| 2 | Cap/Hat | |
| | Coat | |
| 2 | Comb | |
| | Combination Lock | |
| | Dress | |
| | Eyeglass Case | |
| | Eyeglasses | |
| | Gloves | |
| | Hairbrush/Pick | |
| | Handkerchief | |
| | Headphones | |
| | Laundry Jacket | |
| ✓ | Laundry Detergent | |
| ✓ | Legal Materials | |
| | Letters | |
| | Magazines | |
| | Mirror | |
| | Nail Clippers | |
| | Pen/Ballpoint | |
| | Pencils | |
| ✓ | Personal Papers | |
| ✓ | Photo Album | |
| | Photo | |
| ✓ | Plastic Bowl / Plastic Spoon, cup | |

| # | Article | Disp. |
|---|---|---|
| | Plastic spoon, cup | |
| | Playing Cards | |
| | Purse | |
| | Radio (w/earplug) | |
| | Religious Medal | |
| | Shirt/Blouse | |
| 3 | Shoes | |
| | Shoes, shower | |
| | Shoes, Slippers | |
| 3 | Shorts | |
| | Skin | |
| | Slip | |
| | Socks | |
| | Socks, Athletic | |
| | Stamps | |
| | Stockings | |
| | Sunglasses | |
| ✓ | Sweat pants | |
| | T-Shirt | |
| ✓ | Sweat Shirt | |
| | Thermal Bottoms | |
| | Thermal Top | |
| | Underwear | |
| | Watch/Watchband | |
| 1 | HAT | |

**b. Hygiene, etc.**
| # | Article | Disp. |
|---|---|---|
| | Aspirin | |
| | Body Soap | |
| | Cotton Swabs | |
| | Deodorant | |
| | Dental Floss | |
| | Dentures Power | |
| | Hair Oil | |
| | Petroleum Jelly | |
| ✓ | Menthol Rub | |
| | Razor | |
| | Shampoo | |
| | Shaving Lotion | |
| | Skin Lotion | |
| | Soap Dish | |
| | Toothbrush | |
| ✓ | Toothbrush Holder | |
| | Toothpaste | |
| | Tweezers | |

**c. Hobby craft**
| # | Article | Disp. |
|---|---|---|
| | | |

**d. Food**
| # | Article | Disp. |
|---|---|---|
| | Bean | |
| | Cake | |
| | Candy | |
| | Chips | |
| | Coffeemate | |
| | Cold drink mix, soda | |
| | Cough Drops | |
| | Fish Packs | |
| | Fruit | |
| | Honey, Hi-protein | |
| | Instant Coffee/Instant Chocolate | |
| | Mayonnaise | |
| | Oatmeal | |
| | Pepperoni | |
| | Noodles | |
| | Rice | |
| | Sausage | |
| | Spices | |
| | Tea | |
| | Vitamins | |

**e. Miscellaneous** (List any damaged property and from where it was received; e.g. U.S. Marshal):

8. Items Alleged by Inmate to Have Value Over $100.00
   Description of Property: NONE    Value Alleged by Inmate
   X No individual item over $100.00

Inmate says to be missing 1 Radio, 1MP3 player, 1 cross headphone players, 1 clock, 3 tennis shoes, razor magnum, — small ph Album APP 6 pic

9. Article(s) listed as "Mail" (M) Are to be forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: _Cardens_   Date: 1/18/18   Time: 1140

I have today reviewed the property returned to me.
Signature of Inmate ____   Register # ____   Date ____   Time ____

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: ____   Date: ____   Time: ____

I have today reviewed the property returned to me.
Signature of Inmate ____   Register # ____   Date ____   Time ____

Original: Central File; Copy: Inmate, R&D, Special Housing

Prescribed by P5510   Replace of BP-S383 of AUG 94

SALES INVOICE     --S.B.U.--
ATWATER USP
USP COMMISSARY
ACCOUNT No. 55118079            TF33771
WILSON, BRYANT LAKEITH
12/02/2015 Time 09:15:19     TX ID 3089595
                              Receipt# 37

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $205.36

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | BUMP STOPPER, LIQUID | $3.90 |
| 6 | COFFEE, KEEFE COLUMBIAN | $19.20 |
| 2 | COOKIES DOUBLE FILLED | $3.80 |
| 2 | CREAMER, FRENCH VANILLA | $7.00 |
| 4 | CREAMER, NON-DAIRY SUGAR FREE | $5.00 |
| 4 | CRUSH STRAWBERRY | $5.60 |
| 2 | DIET CRUSH 12PK | $9.80 |
| 3 | GRANOLA BARS, FUDGE | $7.65 |
| 2 | HAWAIIAN PUNCH GREEN BERRY | $2.80 |
| 1 | M5 MAGNUM 5 REFILL BLADES | $7.65 |
| 4 | MOZZARELLA CHEESE BAR | $8.60 |
| 6 | PEANUT CLUSTERS, ZACHARY | $8.40 |
| 2 | PEPSI MAX, 12 PK | $9.80 |
| 1 | SanDisk Clip Sport | $88.40 |
| 3 | SOAP, TONE | $3.30 |
| 1 | TIDE LAUNDRY DETERGENT | $6.20 |
| .1 | TOLNAFTATE ANTI-FUNGAL CREAM | $1.70 |
|  | # ITEMS SOLD: 45 |  |
|  | CHARGE 55118079 | $198.80 |

[Handwritten annotation next to SanDisk Clip Sport line: "1 MP-3 Player #88.40"]

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $6.56

           Fingerprint Verified
Signature

SALES INVOICE     --S.B.U.--
VICTORVILLE - FCC
USP
ACCOUNT No. 55118079            TF37207
WILSON, BRYANT LAKEITH
08/11/2016 Time 07:01:26        TX ID 9521532
                                Receipt# 8

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $59.75

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | (2QT) SERVING BOTTLE - 5580003 | $4.95 |
| 1 | (6.8 CUP BOWL) | $3.95 |
| 1 | (AFTERSHAVE) GILLETTE | $3.90 |
| 1 | (BEANS) VEG CHORIZO (U) | $1.45 |
| 1 | (COOKIE) PEA. BTTR WAFRS | $1.80 |
| 2 | (CRUSH) PINEAPPLE | $2.60 |
| 1 | (DENTAL FLOSSERS) - 20538 | $1.45 |
| 1 | (DU RAG) WAVE CAP | $4.40 |
| 1 | (MIRROR) MIRROR W/ MAGNET | $1.95 |
| 20 | (RAMEN) BEEF | $5.00 |
| 1 | (RAZOR) BLADE M5 | $7.65 |
| 1 | (RICE) WHITE RICE- HOMETOWN | $0.90 |
| 2 | (SAUSAGE) HOT AND SPICY | $3.60 |
| 1 | (SOAP DISH) | $0.50 |
| 1 | (SPICE) SEASONED SALT (U) | $1.25 |
| 3 | FRITO CHILI CHEESE | $5.85 |
|  | # ITEMS SOLD: 39 |  |
|  | CHARGE 55118079 | $51.20 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $8.55

Fingerprint Verified

Signature

*Handwritten annotations:*
- 1 Water Bottle - $4.95
- 1 Bowl - $3.95
- 1 Wave Cap - $4.40
- 1 Mirror - $1.95
- 1 Razor - $7.65

SALES INVOICE   --S.B.U.--
VICTORVILLE - FCC
USP
ACCOUNT No. 55118079              TF36821
WILSON, BRYANT LAKEITH
01/17/2017 Time 08:08:05    TX ID 9866308
                                    Receipt# 2

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $99.50

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | (BATTERIES) AA POWERMAX | $1.25 |
| 1 | (CHIPS) BLAZIN HOT NIBBLES | $1.95 |
| 2 | (CHIPS) NACHO-911 | $3.00 |
| 3 | (COOKIE) CHOC. CHIP (U) | $1.95 |
| 1 | (COOKIE) PEA. BTTR WAFRS | $1.80 |
| 1 | (CRUSH) PINEAPPLE | $1.30 |
| 1 | (LOTION) INFUZED COCO & SHEA | $1.65 |
| 6 | (PASTRIES) MEGA BUN (K) | $3.60 |
| 19 | (RAMEN) BEEF | $4.75 |
| 2 | (RICE) WHITE RICE-HOMETOWN | $1.80 |
| 3 | (SOAP) TONE | $3.00 |
| 3 | FISHERMAN MACKEREL | $2.85 |
| 1 | FRITO CHILI CHEESE | $1.95 |
| 1 | FRUITY DYNO-BITES | $2.90 |
| 1 | NEW BALANCE MT410BS4 WITH D | $55.95 |
| | # ITEMS SOLD: 46 | |
| | CHARGE 55118079 | $89.70 |

*(handwritten annotation next to NEW BALANCE line: "1 Tennis Shoes  $55.95")*

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $9.80

            Fingerprint Verified
Signature

SALES INVOICE --- Personal Inmate Information
Atwater USP
USP COMMISSARY
ACCOUNT No. 55118079          TF33641
WILSON, BRYANT LAKEITH
03/29/16 Time 08:04:52        TX ID 3166983
                              Receipt# 10

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $490.50

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | ACETAMINOPHEN, 325MG | $2.20 |
| 3 | ALLERGY RELIEF | $3.90 |
| 2 | BATTERY, AA SONY | $1.50 |
| 2 | BEANS, CHORIZO FLAVORED | $2.90 |
| 3 | BEEF SUMMER SAUSAGE | $5.85 |
| 1 | BUMP STOPPER, LIQUID | $3.90 |
| 2 | CHEESE CUP, JALAPENO | $3.10 |
| 3 | CHIPS, BLAZIN CHEESE NIBBLES | $3.75 |
| 3 | CHIPS, SOUR CREAM AND ONION | $4.05 |
| 1 | COOKIES, CHOCOLATE CHIP | $1.35 |
| 3 | COOKIES, COCONUT MACAROON | $4.05 |
| 1 | DENTAL FLOSS PICKS | $1.40 |
| 8 | GRANDMAS CHOC. CHIP COOKIES | $4.00 |
| 2 | GRANOLA BARS, FUDGE | $5.10 |
| 3 | HAWAIIAN PUNCH GREEN BERRY | $4.20 |
| 1 | LORATADINE | $2.20 |
| 1 | LOTION, PRESCRIPTION CARE | $1.25 |
| 4 | MACKEREL, CHICKEN OF THE SEA | $4.60 |
| 1 | NIKE OVERPLAY BLK/WHITE | $64.95 |
| 2 | OATMEAL, VILLAGE FARM | $5.60 |
| 24 | RAMEN, CHICKEN | $6.00 |
| 2 | RAZORS, TWIN BLADE DISPOSABLE | $3.40 |
| 4 | RICE, FOOD EXPRESS | $3.60 |
| 1 | RUBBER BANDS - BLACK | $0.85 |
| 0 | SHORTS, MESH 5X | $0.00 |
| 1 | SHORTS, MESH 6X | $19.75 |
| 1 | SOAP DISH | $0.55 |
| 2 | SOAP, DOVE | $2.60 |
| 1 | SUPREMO LAUNDRY DETERGENT | $1.30 |
| 1 | TOLNAFTATE ANTI-FUNGAL CREAM | $1.70 |
| 1 | TOOTHBRUSH HOLDER | $0.45 |
| 2 | VANILLA WAFERS, ZIPPY | $2.90 |

# ITEMS SOLD: 87
         CHARGE   55118079         $172.95

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $317.55

         Fingerprint Verified
Signature

*Handwritten annotation pointing to NIKE OVERPLAY line:* 1 Tennis Shoes $64.95

SALES INVOICE   --S.B.U.--
ATWATER USP
MAIN
ACCOUNT No. 55118079            TF33777
WILSON, BRYANT LAKEITH
04/03/2013 Time 09:05:17        TX ID 2326181
                                Receipt# 11

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $72.82

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | BATTERY, 2016 | $2.60 |
| 1 | NIKE REVOLUTION | $64.95 |
|   | # ITEMS SOLD: 2 |  |
|   | CHARGE 55118079 | $67.55 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $5.27

         Fingerprint Verified
Signature

*Handwritten annotation:* 1 Tennis Shoes $64.95

SALES INVOICE   --S.B.U.--
VICTORVILLE - FCC
USP
ACCOUNT No. 55118079          TF43567
WILSON, BRYANT LAKEITH
11/07/2017 Time 08:05:55      TX ID 10457587
                              Receipt# 36

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $94.00

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | (BATTERIES) AA POWERMAX | $1.25 |
| 1 | (BATTERIES) AAA POWERMAX | $1.25 |
| 3 | (CEREAL) BERRY COLOSSAL-801020 | $7.20 |
| 2 | (CEREAL) CINN SQUARE (K) | $6.30 |
| 4 | (CHIPS) HICKORY BBQ | $5.60 |
| 4 | (CHIPS) NACHO-911 | $6.00 |
| 4 | (CHIPS) TORTILLA-910 | $6.00 |
| 4 | (COFFEE CREAMER)-26 | $4.00 |
| 10 | (COOKIE) CHOC. CHIP (U) | $6.50 |
| 5 | (COOKIE) PEA. BTTR WAFRS | $9.00 |
| 1 | (DETERGENT) PUREX | $3.50 |
| 1 | (DRINK MIX) WATERMELON | $1.50 |
| 1 | (JUICE) LEMON SQUEEZ (U) | $0.60 |
| 1 | (LOTION) INFUZED COCO & SHEA | $1.65 |
| 9 | (RAMEN) BEEF | $2.25 |
| 2 | (RICE) WHITE RICE-HOMETOWN | $1.80 |
| 2 | (SOAP) TONE | $2.00 |
| 1 | (SPICE) GARLIC POWDER | $1.50 |
| 1 | (SPICE) SEASONED SALT (U) | $1.25 |
| 10 | (STAMPS) FOREVER | $4.90 |
| 1 | (T-PASTE) CLOSE UP CINN.-N1417 | $2.55 |
| 1 | COFFEE COLUMBIAN (*H) | $2.90 |
| 6 | FISHERMAN MACKEREL | $5.70 |
| 4 | SOUTHERN PORK RINGS | $7.00 |
| 1 | T-BRUSH MED COLGATE | $0.80 |
|  | # ITEMS SOLD: 80 |  |
|  | CHARGE 55118079 | $93.00 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1.00

            Fingerprint Verified
Signature

*Handwritten annotation:* Complete Food, Hygein, Batteries Etc.. I had just purchased $93.00

SALES INVOICE --S.B.U.--
VICTORVILLE - FCC
USP
ACCOUNT No. 55118079                TF37331
WILSON, BRYANT LAKEITH
11/16/2017 Time 10:01:37    TX ID 10479672
                            Receipt# 61

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $36.60

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | (BANDANA) AZTEC RD/BLK-2506012 | $1.65 |
| 1 | (BEANS) VEG CHORIZO (U) | $1.45 |
| 2 | (CEREAL) BERRY COLOSSAL-801020 | $4.80 |
| 1 | (CHIPS) HICKORY BBQ | $1.40 |
| 3 | (CHIPS) NACHO-911 | $4.50 |
| 5 | (COOKIE) PEA. BTTR WAFRS | $9.00 |
| 1 | (PRAYER OIL) ISSY MIYAKE | $4.00 |
| 1 | (RICE) WHITE RICE-HOMETOWN | $0.90 |
| 1 | (SODA) DIET TWIST 12 PK | $3.45 |
| 1 | FISHERMAN MACKEREL | $0.95 |
| 1 | FLOUR TORTILLA LOBOS 8" | $1.20 |
| 1 | SOUTHERN PORK RINGS | $1.75 |
|   | # ITEMS SOLD: 19 |  |
|   | CHARGE 55118079 | $35.05 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1.55

            Fingerprint Verified
Signature

> Other foods, bANdANA, pRAyeR oil, Eel Etc..
> # 35.05



U.S. Department of Justice

Federal Bureau of Prisons

*Western Regional Office*
*7338 Shoreline Drive*
*Stockton, California 95219*

September 18, 2018

Bryant Wilson
#55118-079
United States Penitentiary
PO BOX 3900
Adelanto, CA 92301

RE:   Administrative Claim No. TRT-WXR-2018-07272 Received: September 18, 2018

Dear Mr. Wilson:

This is to acknowledge receipt of your Small Claims for Property Damage or Loss submitted or forwarded to this office under the provisions of 31 U.S.C. § 3723.

In accordance with the applicable provisions of the statute, this agency has up to six months from the date received in which to make a final determination of your administrative claim for damages.   This time frame began on the date that your claim was received for filing and processing as noted above.

Based on the location of your allegations, the Los Angeles Consolidated Legal Center will be handling your claim for investigation and response.   Please note all future correspondence and change of address should reference the administrative claim number and be directed to:

    Eliezer Ben-Shmuel
    Supervisory Attorney
    MDC Los Angeles
    535 N. Alameda Street
    Los Angeles, CA 90012

Sincerely,

DENNIS M. WONG
WESTERN REGIONAL COUNSEL

DMW/sc

BRYANT WILSON #55118-019
UNITED STATES PENITENTIARY CANAAN
POST OFFICE BOX 300
WAYMART, PA. 18472

7015 1730 0000 7823 8208

RECEIVED
SCRANTON
JUL 09 2019
PER_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
235 NORTH WASHINGTON AVE. ROOM 101
SCRANTON, PA. 18503

Legal Mail